UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Bruce Luther,

       Plaintiff,

    v.

American National Bank
of Minnesota,

       Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 12-1085 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's Motion to Amend Complaint [Docket No. 11] is **DENIED**.

2. Plaintiff's claims are dismissed for lack of subject matter jurisdiction.

3. Judgment is entered accordingly.


DATED: November 9, 2012　　　　　　　　s/Michael J. Davis
At Minneapolis, Minnesota　　　　　　　　Michael J. Davis, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court