UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Bruce Luther,

       Plaintiff,

                                    ORDER ADOPTING
v.                     REPORT AND RECOMMENDATION

American National Bank
of Minnesota,

       Defendant.                     Civ. No. 12-1085 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.     Plaintiff's Motion to Amend Complaint [Docket No. 11] is **DENIED**.

    2.     Plaintiff's claims are dismissed for lack of subject matter jurisdiction.

    3.     Judgment is entered accordingly.


DATED: November 9, 2012                        s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis, Chief Judge
                                                               United States District Court